12914. WELLS, administrator, *v.* CHAMBERS *et al.*

An appeal to the superior court lies from a judgment of the court of ordinary dismissing a petition to remove an administrator.

Decided July 11, 1921.

Appeal; from Fulton superior court — Judge Pendleton. July 11, 1921.

*R. B. Blackburn,* for plaintiff in error.

*Bond Almand, Branch & Howard,* contra.

HILL, J. 1. Chambers and others filed a petition in the court of ordinary to remove Wells as administrator and revoke his letters of administration. The court of ordinary dismissed the petition and Chambers appealed the case to the superior court. The judge of the superior court did not err in refusing to dismiss the appeal on the ground that certiorari from the decision of the court of ordinary was the only remedy. Civil Code (1910), § 4999; *Wash* v. *Wash,* 145 *Ga.* 405 (1) (89 S. E. 364); *Pierce* v. *Felts,* 146 *Ga.* 809 (92 S. E. 541):

2. After a careful consideration of the record in this case, this court is of the opinion that there was evidence to sustain the verdict in favor of the petitioners; that there was no error in the ad-

mission of the evidence objected to; and that the charge of the court was full and clear and was not erroneous for any reason assigned. The court did not err in refusing to grant a new trial. *Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*